# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**TO:**  
Comptroller of Maryland

**In re:** Gopal Kapoor  
Reena Kapoor  
**Case Number** 17−10537−KHK  
**Chapter** 13
.

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

**CLAIMS/TRANSFER OF CLAIM:**

\_  Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

\_  Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

\_  Official Form 2100A – Transfer of Claim Other Than For Security.* The transfer is NOT in substantial compliance with the Procedural Official Form Official 2100A.

 x   Official Form 410 – Proof of Claim* – not attached to entry or attached form not in substantial compliance with Official Form.

\_  Official Form 2100A – Transfer of Claim Other Than For Security.* A transfer of claim fee of $25.00 is due and owing. Please make payment IMMEDIATELY, so that your transfer may be processed.

 x   Official Form 410 – Proof of Claim* – not attached to entry or attached form not in substantial compliance with Official Form AND Signature Required.

*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  July 7, 2017                              CLERK, UNITED STATES BANKRUPTCY COURT

                                                 By /s/ Jillinda Glenn, Deputy Clerk  
[igclaimsvDec2015.jsp]                           Direct Dial Telephone No. 703−258−1250

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Gopal Kapoor  
Reena Kapoor  
    Debtors

Case No. 17-10537-KHK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: glennj     Page 1 of 1     Date Rcvd: Jul 10, 2017  
                   Form ID: iclaim15    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.  
db        +Gopal Kapoor,    8781 Dancer Court,    Gainesville, VA 20155-5910  
13767037       Maryland Comptroller of Treas.,    Compliance Div. - Bankruptcy,    301 W. Preston Street,    Baltimore, MD 21201-2383

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2017 at the address(es) listed below:  
         David E. Lynn    on behalf of Debtor Gopal  Kapoor davidlynn@verizon.net,   ecfnotices@verizon.net  
         David E. Lynn    on behalf of Joint Debtor Reena  Kapoor davidlynn@verizon.net,   ecfnotices@verizon.net  
         Karl A. Moses, Jr.    on behalf of Creditor  Wells Fargo Bank, N.A. karl.moses@bww-law.com  
         Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com  
                                                    TOTAL: 4